■ Dalia Genger, Appellant, v Arie Genger, Respondent. [41 NYS3d 414]—

Order, Supreme Court, New York County (Matthew F. Cooper, J.), entered June 6, 2016, which, inter alia, declared Arie Genger the owner of the stock purchase agreement at issue, unanimously affirmed, with costs.

Plaintiff Dalia Genger argues that this Court's prior order (*Genger v Genger*, 123 AD3d 445 [1st Dept 2014], *lv denied* 24

NY3d 917 [2015]), rendered the stock purchase agreement a marital asset subject to the coin toss procedure. We find her argument unpersuasive, and reject her contention that defendant Arie Genger is estopped from arguing that this is his separate property because of one sentence in an earlier appeal. Further, Dalia's current claim was raised long after the deadline for utilizing the coin toss provision as outlined in the parties' divorce settlement.

We have considered Dalia's remaining contentions and find them unavailing. Concur—Friedman, J.P., Renwick, Saxe and Richter, JJ. 